| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| MIKE LIVINGSTON and SHARON LIVINGSTON, *individually and on behalf of all others similarly situated* | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:13-CV-229 |
| WELLS FARGO BANK, N.A., as *Trustee for Carrington Mortgage Loan Trust, Series 1006-NC4 Asset-Backed Pass-Through Certificates*, CARRINGTON MORTGAGE SERVICES, LLC, and CARRINGTON FORECLOSURE SERVICES, LLC *f/k/a Atlantic & Pacific Foreclosure Services, LLC*. | § § § § § § § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial proceedings. (Doc. No. 22.) Pending before the court is the Defendants' "Motion to Dismiss." (Doc. No. 46.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 62), recommending that the court grant the Defendants' motion. No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 57) is **ADOPTED**; and the Defendants' "Motion to Dismiss" (Doc. No. 46) is **GRANTED**.

Plaintiffs Mike Livingston and Sharon Livingston's claims are dismissed with prejudice. The unnamed class members' claims are dismissed without prejudice. A final judgment will be entered separately.

SIGNED at Beaumont, Texas, this 11th day of September, 2014.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE